**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

**AUG – 3 2017**

Clerk, U.S. Courts
District Of Montana
Butte Division

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>        Appellant,<br><br>v.<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC; AD HOC GROUP OF CLASS B UNIT HOLDERS; CIP SUNRISE RIDGE OWNER LLC; CIP YELLOWSTONE LENDING LLC; CROSSHARBOR CAPITAL PARTNERS, LLC; BRIAN A. GLASSER; CREDIT SUISSE AG, CAYMAN ISLAND BRANCH; YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>        Appellees. | No. 12-35986<br><br>D.C. No. 11-cv-73-SHE<br>District of Montana, Butte |

**CERTIFICATION OF JUDGMENT TO BE REGISTERED
IN UNITED STATES DISTRICT COURT**

The undersigned hereby certifies that the judgment attached hereto as **Exhibit A** is a certified copy of judgment entered by the United States Court of Appeals for the Ninth Circuit on March 13, 2014 and amended on December 12, 2016, which has been certified by the Clerk of Court for the United States Court of Appeals for the Ninth Circuit.[1]

The undersigned further certifies that no motion to alter, amend, vacate, or reconsider the attached judgment is pending before any court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

*[Signature Page Follows]*

---

[1] A summary of the judgment amounts is set forth on **Schedule 1** attached hereto.

Dated:  August 2, 2017
Boston, Massachusetts

DUANE MORRIS LLP

/s/ *Michael R. Lastowski*
Michael R. Lastowski, Esq.
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: 302-657-4900
mlastowski@duanemorris.com

-and-

Paul D. Moore, Esq.
100 High Street, Suite 2400
Boston, MA 02110
Telephone: 857-488-4200
pdmoore@duanemorris.com

*Attorneys for CrossHarbor Capital
Partners, LLC and CIP Sunrise Ridge
Owner LLC*


PATTEN, PETERMAN, BEKKEDAHL & GREEN,
PLLC
James A. Patten, Esq.
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Telephone: 406-525-8500
apatten@ppbglaw.com

*Attorneys for Yellowstone Mountain Club,
LLC and CIP Yellowstone Lending LLC*


HOLLAND & HART LLP
Charles Hingle, Esq.
401 North 31st Street, Suite 1500
Billings, MT 59103-0639
Telephone: 406-252-2166
chingle@hollandhart.com

*Attorneys for Brian Glasser, Trustee, and
the Yellowstone Club Liquidating Trust*

2

## SCHEDULE 1

### Summary of Judgment Amounts

(1)    $105,881.26 in favor of CrossHarbor Capital Partners, LLC and CIP Sunrise Ridge Owner LLC and jointly and severally against Timothy L. Blixseth and Michael J. Flynn (*see* **Exhibit A-1** at 39-40);

(2)    An additional $24,796.41 in favor of CrossHarbor Capital Partners, LLC and CIP Sunrise Ridge Owner LLC and against Michael J. Flynn (*see* **Exhibit A-1** at 39-40);

(3)    $42,031.81 in favor of Brian A. Glasser, Trustee, and Yellowstone Club Liquidating Trust and jointly and severally against Timothy L. Blixseth and Michael J. Flynn (*see* **Exhibit A-2** at 16-17);

(4)    An additional $9,065.50 in favor of Brian A. Glasser, Trustee, and Yellowstone Club Liquidating Trust and against Michael J. Flynn (*see* **Exhibit A-2** at 16-17);

(5)    $9,505.08 in favor of Yellowstone Mountain Club, LLC and CIP Yellowstone Lending LLC and jointly and severally against Timothy L. Blixseth and Michael J. Flynn (*see* **Exhibit A-3** at 11-12); and

(6)    An additional $712.50 in favor of Yellowstone Mountain Club, LLC and CIP Yellowstone Lending LLC and against Michael J. Flynn (*see* **Exhibit A-3** at 11-12).

## EXHIBIT A

**Mandate of the United States Court of Appeals for the Ninth Circuit**
*Blixseth v. Yellowstone Mountain Club, LLC*, et al.,
Case No. 12-35986 (9th Cir. Mar. 13, 2014)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TIMOTHY L. BLIXSETH,

        Appellant,

  v.

YELLOWSTONE MOUNTAIN CLUB,
LLC; et al.,

        Appellees.

No. 12-35986

D.C. No. 2:11-cv-00073-SEH
U.S. District Court for Montana,
Butte

**MANDATE**

A TRUE COPY
ATTEST  07/20/2017
MOLLY C. DWYER
Clerk of Court
by: Joan Ryan
Deputy Clerk

The judgment of this Court, entered February 18, 2014, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $1,048.60.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Rebecca Lopez
        Deputy Clerk